UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| TEDERIAN CHARLES HUGHES, | Case No. 24-CV-4564 (NEB/LIB) |
| Plaintiff, | |
| v. | ORDER ACCEPTING REPORT AND RECOMMENDATION |
| KRIS RISH; JOEL SMITH; JOHN SWENSON; CRYSTAL HANSEN; CHANTEL WOLAK, | |
| Defendants. | |

The Court has received the June 2, 2025 Report and Recommendation of United States Magistrate Judge Leo I. Brisbois. (ECF No.19.) No party has objected to that Report and Recommendation, and the Court therefore reviews it for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all the files, records, and proceedings in the above-captioned matter, IT IS HEREBY ORDERED THAT:

1. The Report and Recommendation (ECF No. 19) is ACCEPTED;

2. Defendants' Motion to Dismiss (ECF No. 10) is GRANTED; and

3. The case is DISMISSED without prejudice.

2

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: August 8, 2025							BY THE COURT:

s/Nancy E. Brasel
Nancy E. Brasel
United States District Judge